RECEIVED
IN LAFAYETTE, LA.

JUN 0 3 2014

TONY R. MOORE, CLERK
BY _____
        DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| AMANDA DOMINGUE, | ) |
| Plaintiff, | ) |
| | ) No. 6:14-cv-00963 |
| v. | ) |
| | ) [PROPOSED] ORDER OF |
| HALSTED FINANCIAL SERVICES, LLC | ) DISMISSAL |
| Defendant. | ) |

Based upon Plaintiff's Voluntary Dismissal and pursuant to FRCP 41(a)(1)(A), the above reference matter is hereby dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: *June 2, 2012*

_____
United States District Judge